**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| SAIDOU SOW,<br><br>          Petitioner,<br><br>     v.<br><br>WARDEN OF MOSHANNON VALLEY<br>ICE PROCESSING CENTER; *et al.*,<br><br>          Respondents. | )<br>)<br>)<br>)<br>)<br>)<br>)   3:26-cv-01416<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## <u>CASE MANAGEMENT ORDER</u>

AND NOW, this 24th day of July 2026, IT IS HEREBY ORDERED as follows:

1.      **Service**.  Petitioner's counsel shall serve Respondents with a copy of this order and the Petition via a single e-mail at: <u>usapaw.civ.imm.2241.moshannon@usdoj.gov</u>. The subject line of the email shall contain the case caption and case number of this matter. If the Petition contains voluminous exhibits, they need not be emailed.[1] The email service shall be deemed sufficient to accomplish formal service of the Petition. <u>No other documents, pleadings, or motions may be emailed to this email address.</u>

2.      **Certificate of compliance of service.** Upon completion o fservice via e-mail as reflected Paragraph 1, Petitioner's counsel shall file a notice of compliance, certifying the date and time of service.

3.       **Respondents' counsel notice of appearances**.  Counsel for Respondents shall file a notice of appearance within **3 days** of this date.

4.      **Respondents' responses to the petition.**  Respondents shall file any responses or answers to the petition within **14 days** of the date of service. Respondents must specifically address the length of detention, and if Petitioner has provided "good reason to believe that there is no

---

[1] Petitioner's counsel shall provide all such exhibits upon request of Respondents' counsel.

significant likelihood of removal in the reasonably foreseeable future." *Zadvydas v. Davis*, 533 U.S. 678, 701 (2001). Responses are limited to **25 pages**, double-spaced.

5.    **Petitioner's reply in support of the petition.**  Petitioner shall file any reply in support of the petition within **5 days** of the filing of Respondents' response to the petition.  The reply is limited to **5 pages**, double-spaced.

DATED this 24th day of July, 2026.

BY THE COURT:

/s/ Mark R. Hornak
United States District Judge